# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3499WM

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | |
| | * | |
| Lee Ronald Dahmer; Judith Ann | * | |
| Dahmer, | * | On Appeal from the United |
| | * | States District Court |
| Appellants, | * | for the Western District |
| | * | of Missouri. |
| Bluebird Trust; Cardinal Trust; | * | |
| Citizens Bank; Ron Richmond; | * | [Not To Be Published] |
| Pamela Richmond, | * | |
| | * | |
| Defendants, | * | |
| | * | |
| John Daniel, | * | |
| | * | |
| Third Party Defendant. | * | |

_____

Submitted: August 2, 2000

Filed: August 15, 2000

_____

Before RICHARD S. ARNOLD, HANSEN, and BYE, Circuit Judges.

_____

PER CURIAM.

Lee Ronald Dahmer and Judith Dahmer, husband and wife, appeal following the District Court's[1] adverse grant of summary judgment in the United States' suit to foreclose on tax liens. After review of the record and the parties' briefs, we hold that the District Court did not err in granting judgment in favor of the United States for the reasons stated in the District Court's thorough orders.

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.